AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Vera A. Meier-Bennett, M.D. <br> *Plaintiff* <br> v. <br> Summit Healthcare Association <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. CV-18-8306-PCT-MHB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Summit Healthcare Association
c/o Statutory Agent Carolyn Jacobs
2200 E Show Low Lake Rd.
Show Low, AZ 85901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michelle R. Matheson
Matheson & Matheson, P.L.C.
15300 North 90th Street, Ste. 550
Scottsdale, AZ 85260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk*

**ISSUED ON  9:21 am, Oct 31, 2018**
**s/ Brian D. Karth, Clerk**